STATE v. EUNICE MARTIN.

(Filed 18 December, 1946.)

APPEAL by defendant from *Pless, J.,* at May Term, 1946, of FORSYTH.

Criminal prosecution tried upon indictment charging defendant with the murder of one Bernice Martin.

Verdict: Guilty of murder in the first degree. Judgment: Death by asphyxiation.

Defendant appeals to the Supreme Court and assigns error.

*Attorney-General McMullan and Assistant Attorneys-General Bruton, Rhodes, and Moody for the State.*

*W. Reade Johnson and James M. Hayes for defendant.*

DENNY, J. We have carefully considered all the defendant's exceptions and they are without merit. Moreover, a careful examination of the entire record leads us to the conclusion that the defendant has been given a fair and impartial trial, free from error. Every contention of the defendant was given in his Honor's charge to the jury. A charge in which the defendant admits there is no error and to which he entered no exception.

No error.